Electronically Filed
8/10/2026 11:29 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

C-3763-26-H
**CAUSE NUMBER: ________________**

| | | |
|---|---|---|
| **GUADALUPE MARTINEZ**<br>**Plaintiff** | § | **IN THE DISTRICT COURT** |
| | § | |
| **v.** | § | **____ JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **DOLLAR TREE STORES, INC.**<br>**Defendant** | § | **HIDALGO COUNTY, TEXAS** |

**PLAINTIFF'S ORIGINAL PETITION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Plaintiff GUADALUPE MARTINEZ, and files this, her Plaintiff's Original Petition, complaining of Defendant DOLLAR TREE STORES, INC. (hereinafter called "DOLLAR TREE", and for cause of action would respectfully show the Court and Jury the following:

**DISCOVERY CONTROL PLAN LEVEL**

Plaintiff intends that discovery be conducted under Discovery Level 2.

**PARTIES AND SERVICE**

Plaintiff, GUADALUPE MARTINEZ, is an individual who resides in Hidalgo County, Texas.

Defendant, DOLLAR TREE STORES, INC is a domestic for-profit corporation licensed to do business in the State of Texas. DOLLAR TREE STORES, INC may be served with process by serving its registered agent, CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO, 211 E. 7TH Street, Suite 620, Austin, Texas 78701 or wherever they may be found. Service of said Defendant as described above can be effectuated by the Secretary of State.



NP

Electronically Filed
8/10/2026 11:29 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu



## JURISDICTION AND VENUE

The subject matter in controversy is within the jurisdictional limits of this court.

This court has jurisdiction over the parties because the Defendant's corporation conducts business in Texas, therefore, Defendant can sue and be sued in Texas.

Venue in Hidalgo County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in Hidalgo County, Texas.

## FACTS

On June 9th, 2026, at DOLLAR TREE located at 2008 N. 10TH Street, McAllen, Texas 78501, Plaintiff GUADALUPE MARTINEZ sustained a laceration on her left finger due to a defective product on their premises and negligence of Defendant DOLLAR TREE, resulting in serious bodily injuries to Plaintiff GUADALUPE MARTINEZ. Plaintiff GUADALUPE MARTINEZ was injured due to negligence, and this was Defendant DOLLAR TREE's negligence, which caused Plaintiff to be injured, and Defendant's negligence was the cause-in-fact and proximate cause of the Plaintiff's damages—medical bills and expenses.

## PREMISES LIABILITY OF DEFENDANT DOLLAR TREE STORES, INC

At all times material hereto, Defendant was the possessor in control of the premises located at 2008 N. 10TH Street, McAllen, Texas 78501. The Plaintiff entered Defendant's premises with Defendant's knowledge and for their mutual benefit. Plaintiff entered upon said premises for the purpose of shopping for "household goods" and/or groceries. She entered the said property of Defendant at the invitation of Defendant to engage in the act of shopping for "household goods" and/or other groceries.

A condition on Defendant's premises posed an unreasonable risk of harm. During the time



NP

Electronically Filed
8/10/2026 11:29 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu



that Plaintiff was upon Defendant's property, Plaintiff was seriously injured as a result of a dangerous condition in that Defendant permitted the area where Plaintiff sustained a laceration on her left finger on Defendant's premises. Plaintiff was on Defendant's premises, when suddenly and without warning Plaintiff sustained an excruciating injury due to the dangerous defective product's sharp edge ; Plaintiff sustained a left finger laceration causing her to be in pain as a result of the unsafe condition.

Defendant, Defendant's agents, servants, and employees negligently permitted the product where Plaintiff had sustained the injury by failing to correct or remove the dangerous product on Defendant's premises, negligently or willfully allowed such condition to continue and negligently or willfully failed to warn Plaintiff of the dangerous product on their premises. This condition existed despite the fact that Defendant or Defendant's agents knew or should have known of the existence of the aforementioned condition and that there was likelihood of a person being injured as occurred to Plaintiff.

Furthermore, Plaintiff would show the court that the condition of the store had continued for such period that had Defendant or Defendant's agents exercised ordinary care in the maintenance of the area, it would have been noticed and corrected or removed by such persons.

At all times pertinent herein, Defendant, and any of Defendant's agents, who were acting in the scope of their employment, were guilty of negligent conduct toward the Plaintiff in:

A. Failing to correct or remove the dangerous product on Defendant's premises;

B. Failing to properly inspect and maintain the products in their store in question to discover the dangerous condition;

C. Failing to discover and remove the dangerous product in Defendant's premises; within a reasonable time;

Electronically Filed
8/10/2026 11:29 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu



D. Failing to maintain the premises in a reasonably safe condition;

E. Failing to give warnings to Plaintiff of the unsafe condition; and

F. Failing to give adequate and understandable warnings to Plaintiff of the unsafe condition of the dangerous product.

## PROXIMATE CAUSE

Each and every, all and singular of the foregoing acts and omissions, on the part of Defendant, taken separately and/or collectively, constitute a direct and proximate cause of the injuries and damages set forth below.

## EXEMPLARY DAMAGES

Defendant's acts or omissions described above, when viewed from the standpoint of Defendant DOLLAR TREE at the time of the act or omission, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others. Defendant DOLLAR TREE had actual subjective awareness of the risk involved in the above-described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, and/or welfare of Plaintiff and others.

## DAMAGES FOR PLAINTIFF

As a direct and proximate result of the occurrence made the basis of this lawsuit, and Defendant's acts as described herein, Plaintiff was caused to suffer serious injuries, and to endure anxiety, pain, and discomfort resulting in damages more fully set forth below.

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff has incurred the following damages:

A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident

Electronically Filed
8/10/2026 11:29 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu



complained of herein and such charges are reasonable and were usual and customary charges for such services in Hidalgo County, Texas;

B. Reasonable and necessary medical care and expenses which will, in all reasonable probability, be incurred in the future;

C. Physical pain and suffering in the past;

D. Mental anguish in the past;

E. Physical pain and suffering in the future;

F. Mental anguish in the future;

G. Physical impairment in the past;

H. Physical impairment which, in all reasonable probability, will be suffered in the future;

I. Loss of Household Services in the past;

J. Loss of Household Services in the future;

K. Disfigurement in the past; and

L. Disfigurement in the future.

By reason of the above damages, Plaintiff has been damaged in an amount in excess of the minimal jurisdictional limits of this Court. Plaintiff seeks monetary relief over $1,000,000.00 unless so found by a jury of their peers, exclusive of statutory damages, pre- and post-judgment interest, costs of Court, attorney fees, as well as any other relief Plaintiff may be entitled to at law or in equity.

**REQUEST FOR DISCLOSURE**

Pursuant to Rule 194, Defendant is requested to disclose, within 30 days of service of this request, the information or materials described in Rule 194.2 (a) – (1).

Electronically Filed
8/10/2026 11:29 AM
Hidalgo County District Clerks
Reviewed By: Armando Cantu

**C-3763-26-H**

**JURY DEMAND**

Pursuant to Texas Rule of Civil Procedure 216, Plaintiff requests a trial by jury and would show that the appropriate fee is paid contemporaneously with the filing of this Petition.

**PRAYER**

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court; exemplary damages, excluding interest, and as allowed by Sec. 41.008, Chapter 41, Texas Civil Practice and Remedies Code, together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**LAW OFFICE OF CHRIS SANCHEZ, P.C.**
317 W. Nolana Avenue
McAllen, Texas 78504
Tel: (956) 686-4357
Fax: (956) 686-4362

By:____________________________
Christopher R. Sanchez
Texas State Bar Number 24084520
Email:LawOfficeOfChrisSanchez@gmail.com
***Attorney for Plaintiff***

DISTRICT COURT, HIDALGO COUNTY
DATE 9/3/2026
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By__________

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**



NP 6 Pages

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Christopher Sanchez
Bar No. 24084520
lawofficeofchrissanchez@gmail.com
Envelope ID: 118413925
Filing Code Description: Petition
Filing Description:
Status as of 8/10/2026 11:36 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chris Sanchez | | lawofficeofchrissanchez@gmail.com | 8/10/2026 11:29:34 AM | NOT SENT |